AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of California

SEALED

**FILED**

**Dec 9, 2025**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America<br>v.<br>Leticia MARISCAL | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. **1:25-mj-00142-EPG**

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___July 2022 through June 2025___ in the counties of ___Madera and Fresno___ in the ___Eastern___ District of ___California___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 641 | Theft of Government Property |
| 18 USC 1028A(a)(1) | Aggravated Identity Theft |

This criminal complaint is based on these facts:

See attached affidavit, which is incorporated by reference as though fully set forth herein.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Justin Dasher, FBI Special Agent
_____
*Printed name and title*

Sworn to before me over the telephone and signed by me under Fed. R. Crim P. 4(d) and 4.1.

Date: **Dec 9, 2025**

_____
*Judge's signature*

City and state: ___Fresno, California___

Hon. Erica P. Grosjean, U.S. Magistrate Judge
_____
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE ARREST OF LETICIA MARISCAL | CASE NO. <br><br> AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT |

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Justin Dasher, being first duly sworn, declare and state as follows:

### I.     INTRODUCTION AND AGENT'S BACKGROUND

1.     I make this affidavit in support of an application for a criminal complaint and arrest warrant for Leticia MARISCAL.

2.     I have been a Special Agent with the FBI since April 2021.  I graduated from the FBI's Basic Field Training Program and am currently assigned to the FBI's Fresno Office where I am a member of the white-collar crime unit.  I have been involved in several criminal investigations involving welfare benefits fraud, public corruption, and other financial crimes.  My duties include interviewing victims, witnesses, and suspects, executing searches for evidence, consulting with various types of experts, drawing conclusions based on my review of the evidence, making arrests, and testifying in court proceedings.  Prior to joining the FBI, I obtained a Bachelor of Science degree in accounting and worked as an accountant at a private company.

3.     The facts set forth in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses involved in this investigation. The affidavit is intended to show that there is probable cause for the requested complaint and arrest warrant. It does not set forth all my knowledge about the investigation.

### II.     APPLICABLE STATUTES

4.     Pursuant to 18 U.S.C. § 641, which concerns theft of government property, anyone who embezzles, steals, purloins, or knowingly converts to his or her own use, or the use of another, any

property belonging to the United States, or any department or agency thereof, that is valued at over $1,000 shall be imprisoned up to ten years and fined up to $250,000.

5. Pursuant to 18 U.S.C. § 1028A(a)(1), which concerns aggravated identity theft, anyone who, during and in relation to a violation of 18 U.S.C. § 641, knowingly transfers, possesses, or uses, without lawful authority, a means of identification belonging to another person shall be imprisoned for two years consecutive to any other term of imprisonment that he or she may receive for the underlying crime. Pursuant to 18 U.S.C. § 1028(a)(7), which defines the term "means of identification," a means of identification is any name or number that may be used, alone or in conjunction with any other information, to identify a specific individual, including a unique electronic identification number.

### III. STATEMENT OF PROBABLE CAUSE

**A.** **Background on CalFresh**

6. The following is a summary of how CalFresh works in Madera County, California. This summary is based on my discussions with investigators from the Madera County District Attorney's Office (the "DA's Office") who have worked on several investigations involving the Madera County Department of Social Services' ("DSS"), which administers the CalFresh Program in Madera County. This summary is also based on my review of relevant Madera County DSS records and policies and procedures:

7. The California DSS is the state agency that implements the federal Supplemental Nutrition Assistance Program in California, which is called CalFresh. CalFresh is a financial assistance program that provides qualifying California residents with monetary benefits they can used to buy food. The actual benefits are funded by the federal government while the administrative costs for running the program are shared between federal, state, and local governments.

8. To receive CalFresh benefits, residents must meet various requirements. This includes having incomes that are below certain thresholds.

9. The Madera County DSS employs Eligibility Workers who help people apply for benefits. They do so by gathering the required documents from the applicants and conducting interviews with them, among other tasks. The people who qualify to receive the benefits are then issued Electronic Benefit Transfer ("EBT") cards, which are debit cards with the benefits loaded thereon that

can be used at retail establishments to buy food.

10. The Madera County DSS Office has printers that the Eligibility Workers use to print the EBT cards for beneficiaries. The Eligibility Workers must sign for the cards before they are allowed to pick them up. They are then supposed to deliver the cards to the beneficiaries. They are not permitted to keep the EBT cards and use them for their own personal benefit.

11. The California Statewide Automated Welfare System ("CalSAWS") is a software program that the Madera County DSS uses to manage its caseload. The program shows which Eligibility Workers are assigned to each case and documents the work they have done in that case.

12. EBT Edge is another software program that the Madera County DSS uses to monitor the transactions made on each EBT card. This includes the date, time, and amount of the transactions.

13. The Interactive Voice Response ("IVR") System is an automated telephone line that the Madera County DSS setup so that beneficiaries can call to check the balances on their EBT cards and change their Personal Identification Numbers ("PIN"). Based on my training and experience, a PIN is a unique electronic identification number that is assigned to each EBT card that the beneficiary uses when making a transaction to verify his or her identity. The IVR System keeps a log of the calls it receives, which tracks the phone number that made the call, the date and time of the call, and the EBT card number that was the subject of the call.

**B.      Background on Leticia MARISCAL**

14. According to Madera County DSS employment records that I reviewed, Leticia MARISCAL was an Eligibility Worker at the Madera County DSS from December 2020 until April 2025 when she was placed on leave because she was suspected of stealing beneficiaries' EBT cards. She was assigned to a special unit that handles beneficiaries who are elderly and Spanish-speaking only.

15. Prior to joining the Madera County DSS as an Eligibility Worker, MARISCAL held a similar position at the Fresno County DSS for several years.

**C.      Initial Discovery of the Theft**

16. According to reports that I received from the DA's Office, in April 2025 another Eligibility Worker at the Madera County DSS noticed that a 91-year-old CalFresh beneficiary in Madera County named C.H. was flagged in DSS' systems due to a missing SAR 7 Form. A SAR 7 Form is a

3

semi-annual form that beneficiaries must complete to continue receiving their benefits. The Eligibility Worker called C.H.'s son, who was listed as C.H.'s authorized representative in DSS records, because the Eligibility Worker did not want C.H. to suddenly lose her benefits.

17. C.H.'s son informed the Eligibility Worker that C.H. had not applied for any benefits and that she had been living in an assisted living facility for the last two years where all her food needs were being met. Thereafter, the DA's Office began its investigation.

18. According to CalSAWS and other Madera County DSS records that I received from the DA's Office, MARISCAL approved victim C.H. to receive the benefits and printed her EBT card ending in 9841 in April 2024. Thereafter, over $3,000 in benefits was loaded onto the card and spent.

19. According to the IVR System records that I received from the DA's Office, on April 12, 2024, phone number ending in 0337 called to check the balance of victim C.H.'s EBT card and change the PIN. EBT Edge records that I received show that the EBT card was subsequently used to make ninety-eight transactions from April 2024 through March 2025. Importantly, phone number ending 0337 is the number that MARISCAL had on file with the Madera DSS as her primary contact number. MARISCAL also told investigators from the DA's Office that this number belonged to her in an audio recorded interview with them in April 2025. Finally, records that I received from CashApp, Costco, Sam's Club, and Vons show that MARISCAL provided this phone number when opening accounts and memberships at each of these companies and stores.

20. The following is a picture of MARISCAL from her interview with the DA's Office:

///

///

///

4



21.     Security video that I received from the DA's Office for a Costco and Sam's Club in Fresno County, dated December 13, 2024, February 15, 2025, and March 14, 2025, shows MARISCAL using victim C.H.'s EBT card to make food purchases at the stores.  I am familiar with MARISCAL's appearance because I obtained her driver's license picture from the California Department of Motor Vehicles ("DMV"), reviewed the picture of her from her interview with the DA's Office, and, as set forth below, surveilled her on several occasions.  I also obtained receipts for these transactions from Costco and Sam's Club, and those receipts show that Costco and Sam's Club memberships opened in MARISCAL's name were used to make the transactions.  Based on my training and experience, I know that people can only make purchases at Costco and Sam's Club by becoming members and scanning their membership cards at the checkout, and that they are not allowed to use membership cards belonging to other people although that may happen on occasion.

22.     As previously mentioned, MARISCAL was interviewed by the DA's Office in April 2025, and I reviewed the audio recording of that interview.  Although MARISCAL initially denied

5

having anything to do with victim C.H.'s EBT card, she later admitted to using it to make the above-referenced transactions after being shown the security videos and receipts.

23. MARISCAL explained that she had purchased victim C.H.'s EBT card from a gang member named H.A. who she had previously dated and of whom she was afraid. MARISCAL said that H.A. was in the business of buying and selling EBT cards like victim C.H.'s card for a discount. For example, he would purchase a card with $100 in benefits on it for less than $100. He would then resell the card at a markup but still less than $100. MARISCAL further explained that she had helped some of her family members purchase EBT cards through H.A.

24. During my investigation, I identified another individual named H.D. who has the same first name as, and matches the physical description of, the person that MARISCAL identified to the DA's Office as H.A. I believe they are the same person. This is because CalSAWS records that I received from the DA's Office show MARISCAL adding H.D. to several beneficiaries' EBT cards in 2022, and receipts that I obtained from various stores show that loyalty accounts and memberships opened in H.D.'s name were used to make transactions on several of those cards. Subscriber records that I obtained for MARISCAL's phone number ending in 0337 also show that she exchanged several communications with phone numbers that I connected to H.D. through CashApp records and state and local probation and parole records, among other sources. Importantly, records that I obtained from the California Department of Corrections and Rehabilitation show that H.D. was incarcerated from mid-2023 through April 2025 for identity-theft related crimes.

25. MARISCAL's explanation about how she obtained victim C.H.'s EBT card is inconsistent with DSS records that show she approved victim C.H. to receive benefits in the first place, printed the card, and changed the PIN. She also appears to have intentionally mislead the DA's Office about the identity of H.D. by giving them a different last name for him. I believe that she did this to try to minimize her own culpability and hide potential co-conspirators, which are common tactics used by individuals who are engaged in fraud based on my training and experience.

**D. Discovery of Additional Victims and the Extensive, Ongoing Nature of the Theft**

26. CalSAWS and other DSS records that I received from the DA's Office show that MARISCAL approved over fifteen other beneficiaries to receive benefits, printed debit cards for them,

6

and then called from her phone number ending in 0337 to check the balances on the cards or change the PINs from July 2022 through June 2025. EBT Edge records show that over 900 transactions totaling more than $40,000 were made on these cards during that period at various stores. The last transaction was on June 15, 2025, which was two months after MARISCAL was placed on leave.

27. I received security video from the DA's Office or obtained receipts for over 120 of those transactions totaling more than $11,000. The transactions were at stores like Costco, Pak & Save, Sam's Club, Smart & Final, and Vons in Madera and Fresno Counties. For each of the transactions, MARISCAL, her mother, or her sister were either seen making the transactions or loyalty accounts and memberships opened in their names were used for the transactions. I am familiar with the appearance of MARICAL's mother and sister because I reviewed their California DMV pictures. The transactions included the above-referenced transactions on victim C.H.'s EBT card. The transactions also included a transaction on victim K.W.'s EBT card ending in 9055 at Vons on August 2, 2023, and a transaction on victim F.G.'s EBT card ending in 4203 at Costco on February 13, 2024.

28. Importantly, Madera County DSS records that I received from the DA's Office show that MARISCAL approved K.W. and F.G. to receive benefits and printed their EBT cards on August 2, 2023, and February 6, 2024, respectively. Those records also show that she changed the PINs for their EBT cards on August 2, 2023, and February 7, 2024, respectively, which was shortly before she started making transactions on their cards. I then obtained Madera and Fresno County death certificates for K.W. and F.G., which show that they were deceased when all of this happened.

29. The changing of PINs for victims C.H., K.W. and F.G. is the basis for the aggravated identity theft charge against MARISCAL that I seek in this affidavit because it was done during and in relation to her theft of their benefits.

## IV.     SEALING REQUEST

30. I request that the Court order all papers in support of the requested criminal complaint be sealed until further order of the Court. These documents discuss an ongoing criminal investigation that is neither public nor known to all the targets of the investigation.

31. Therefore, I submit there is good cause to seal these documents because their premature disclosure may jeopardize the investigation, including by giving the targets an opportunity to destroy or

tamper with evidence, change patterns of behavior, notify confederates, and flee.

## V.     CONCLUSION

32.     For these reasons, I submit there is probable cause to issue the requested criminal complaint and arrest warrant.

I declare under the penalty of perjury that the statements made in this affidavit are true and correct to the best of my knowledge and belief.

Respectfully submitted,

_____
Justin Dasher
FBI Special Agent

Approved as to form by:

/s/ Joseph Barton
Joseph Barton
Assistant United States Attorney

Affidavit submitted by email and pdf, and attested to me as true and accurate by telephone consistent with Fed. R. Crim P. 4(d) and 4.1 on this _____9_____ day of December 2025:

_____
Honorable Erica. P. Grosjean
United States Magistrate Judge