ERIC GRANT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>LETICIA MARISCAL,<br><br>Defendant. | Case No. 1:26-cr-00004-JLT-SKO<br><br>STIPULATION TO AND ORDER TO VACATE PRELIMINARY HEARING AND SCHEDULE CHANGE OF PLEA |

IT IS HEREBY STIPULATED between the parties that the preliminary hearing set for January 16, 2026, can be vacated and a change of plea hearing can be scheduled for January 20, 2026, at 9:00 a.m. before the Honorable Jennifer L. Thurston.  The parties have filed a plea agreement to resolve the case.  The parties have cleared this date with the Court.

///

///

///

The parties agree that time shall be excluded from January 9, 2026, through January 20, 2026, for purposes of defense preparation pursuant to Fed. R. Crim. P. 5.1(d) and 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

1

2

3    Dated:  January 9, 2026                        /s/ Pete Jones
4                                                   Pete Jones
                                                    Counsel for Leticia Mariscal
5

6

7    Dated:  January 9, 2026                        /s/ Joseph Barton
8                                                   Joseph Barton
                                                    Assistant United States Attorney
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    ERIC GRANT
     United States Attorney
2    JOSEPH D. BARTON
     Assistant United States Attorney
3    2500 Tulare Street, Suite 4401
     Fresno, CA 93721
4    Telephone: (559) 497-4000
     Facsimile:  (559) 497-4099
5

6    Attorneys for Plaintiff
     United States of America
7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11
     UNITED STATES OF AMERICA              Case No. 1:26-cr-00004-JLT-SKO
12
                        Plaintiff,         ORDER
13
               v.
14
     LETICIA MARISCAL,
15
                        Defendant.
16

17

18

19          Upon the parties' stipulation, and for good cause shown, the preliminary hearing that is

20   scheduled for January 16, 2026, is vacated, and a change of plea hearing is scheduled for January

21   20, 2026, at 9:00 a.m. before the Honorable Jennifer L. Thurston.

22   ///

23   ///

24   ///

25

26

27

28

Time shall be excluded from January 9, 2026, through January 20, 2026, for purposes of defense preparation pursuant to Fed. R. Crim. P. 5.1(d) and 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).


IT IS SO ORDERED.

Dated:  __**January 9, 2026**__                          ____/s/ *Sheila K. Oberto*____

                                                  UNITED STATES MAGISTRATE JUDGE