AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
### for the

JAN 20 2026

Eastern District of California

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) Case No.  1:26-CR-00004-JLT-SKO |
|  | ) |
|  | ) |
| LETICIA MARISCAL | ) |
| *Defendant* | ) |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year.  I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 1/20/2026

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Peter M. Jones
_____
*Printed name of defendant's attorney*

_____  1/20/2026
*Judge's signature*

Jennifer L. Thurston, United States District Judge
_____
*Judge's printed name and title*