ERIC GRANT
United States Attorney
JOSEPH D. BARTON
ARELIS M. CLEMENTE
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099


Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.  1:26-CR-00004-JLT-SKO |
|---|---|
| Plaintiff, | GOVERNMENT'S SENTENCING MEMORANDUM |
| v. | |
| LETICIA MARISCAL, | |
| Defendant. | |

Pursuant to the parties' plea agreement and for the reasons stated in the PSR, the government recommends that the defendant, Leticia Mariscal, be sentenced to two years in prison and one year of supervised release.

Dated:  April 6, 2026

ERIC GRANT
United States Attorney

By:  */s/ Joseph Barton*
Joseph Barton
Arelis Clemente
Assistant United States Attorneys